UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN JESUS BRACHO-ROJAS,<br><br>                    Petitioner,<br><br>          v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>                    Respondent(s). | Case No. 5:25-cv-01885-WLH-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

DATED:  January 21, 2026

_____
HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE